AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| PASCUAL MARTINEZ-CARRANZA | CASE NUMBER: 08cr2047-JAH |

I, PASCUAL MARTINEZ-CARRANZA, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 19, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X PASCUAL
Defendant

_Sara Peloquin_
Counsel for Defendant

Before _____
Judicial Officer



FILED
JUN 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY